N. M. COMER, *Plaintiff in Error,* v. FRANCES HETHERINGTON, *Defendant in Error.*

Opinion Filed March 25, 1913.

PER CURIAM.—The findings and judgment in this case are similar to those in the case of Brown v. Hetherington this day decided; therefore, on the authority of that case the judgment herein is reversed.

Appealed from the Circuit Court of Polk County.